**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

RPD:JMM:jmm
F.# 1999R02496

*United States Attorney's Office*

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

June 23, 2009

The Honorable Leonard D. Wexler
United States District Judge
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

      Re:  United States v. Mark Goldman
           Criminal Docket No. 03-211(LDW)

Dear Judge Wexler:

      The government requests that the sentencing in the above-captioned matter, currently scheduled for June 26, 2009, be adjourned for approximately 60 days or to a date convenient to the Court.

      As the Court knows, the defendant was re-arrested earlier this year and charged with additional criminal conduct. The loss attributable to the defendant in the second case remains under investigation and will affect the defendant's sentencing in that case pursuant to U.S.S.G. § 2B1.1, as well as likely impact this Court's sentence in the above-captioned matter pursuant to 18 U.S.C. §3553(b).

      The government, third parties, including victims and a trustee appointed by the Bankruptcy Court, are working, with the assistance of defense counsel, to locate assets and mitigate losses in an effort to arrive at an accurate loss calculation for purposes of sentencing as to the new case. The government believes that an adjournment of approximately 60 days will enable this issue to be resolved so that the second criminal case can proceed to plea and sentencing in conjunction with the above-captioned matter. Counsel for the defendant consents to this requested adjournment.

2

   Accordingly, the government respectfully requests that the sentencing in the above-captioned matter be adjourned to approximately 60 day or to such other date as would be convenient to the Court.

             Respectfully submitted,

             BENTON J. CAMPBELL
             United States Attorney

     By: _____
        James Miskiewicz
        Assistant U.S. Attorney
        (631) 715-7841

cc: Joseph R. Conway, Esq. (via ECF)
   U.S. Probation Office Nicole Pizzo